United States Courts
Southern District of Texas
FILED

September 03, 2021

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: **4:21-cr-447** |
| V. § | |
| § | MAGISTRATE NO: H-21-1727-MJ |
| JOSE RODRIGUEZ-ORELLANA § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One

### (Harboring Illegal Aliens, 8 U.S.C. §1324(a)(1)(A)(iii) & (a)(1)(B)(i))

On or about August 8, 2021, in the Houston Division of the Southern District of Texas,

**JOSE RODRIGUEZ-ORELLANA,**

The Defendant, knowing and in reckless disregard of the fact that certain aliens had come to, entered, and remained in the United States in violation of law, did conceal, harbor and shield from detection such aliens in buildings and other places for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) & (a)(1)(B)(i).


JENNIFER B. LOWERY
Acting United States Attorney

_/s/ Jay Hileman_
JAY HILEMAN
Assistant United States Attorney